**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **WILSA HOLDINGS, LLC,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL ACTION NO. 4:16-cv-00424** |
| | § | |
| **WILSA ENERGY SERVICES, LLC,** | § | |
| **Defendants.** | § | |
| | § | |

## ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE

Now before the Court is Plaintiff Wilsa Holdings, LLC and Defendant Wilsa Energy Services, LLC's Stipulation of Dismissal With Prejudice under Federal Rule of Civil Procedure 41(a). Having considered the motion, the Court is of the opinion that it should be **GRANTED**. It is therefore,

**ORDERED** that the Stipulation of Dismissal is in all things **GRANTED,** and that the claims of Wilsa Holdings, LLC and Wilsa Energy Services, LLC, asserted or which could have been asserted by either of them in the above-captioned action, are hereby dismissed with prejudice.

**IT IS FURTHER ORDERED** that all costs incurred by any party herein shall be borne by the party incurring same.

SIGNED this 1st day of ____June_____ 2016.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:


/s/ *Lori Hood*
LORI HOOD


/s/ *Jason Cross*
JASON CROSS

2